JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEMAR GARCIA,<br><br>          Plaintiff,<br><br>  v.<br><br>INDYMAC BANK, DOES I through X, Inclusive,<br><br>         Defendants. | Case No. EDCV 09-422-VAP (VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 17, 2009

                                              /s/ Virginia A. Phillips<br>
                                              VIRGINIA A. PHILLIPS<br>
                                            United States District Judge